ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC - 9 2025

KEVIN P. WEIMER, Clerk
By:
Deputy Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

UNITED STATES OF AMERICA

v.

STEVEN ESTRADA FEREGRINO

Criminal Indictment

No. 3:25-CR-027

THE GRAND JURY CHARGES THAT:

## Count One
### (Smuggling Goods From the United States – 18 U.S.C. § 554)

Between August 8, 2025 and August 14, 2025, in the Northern District of Georgia and elsewhere, the defendant, STEVEN ESTRADA FEREGRINO, aided and abetted by others known and unknown to the Grand Jury, did knowingly receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of any merchandise, article, and object, that is, a semi-automatic firearm equal to no more than .50 caliber, prior to exportation, knowing the same to be intended for exportation contrary to the any law and regulation of the United States, to wit, Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Parts 774 and 738; all in violation of Title 18, United States Code, Section 554(a) and Section 2.

## Count Two
### (False Statements to a Federal Firearms Licensee 18 U.S.C. § 922(a)(6))

On or about August 8, 2025 in the Northern District of Georgia, defendant STEVEN ESTRADA FEREGRINO, aided and abetted by others known and unknown

to the Grand Jury, in connection with the acquisition of at least one of the following firearms:

| Firearm | Model | Importer |
|---|---|---|
| One semiautomatic pistol | CZ75B | CZ |
| Three semiautomatic pistols | 80x cheetah | Baretta |
| Three semiautomatic pistols | M9 | Baretta |

did knowingly induce and procure A.M. to make a false and fictitious written statement to Autrey's Armory, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Autrey's Armory as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that defendant STEVEN ESTRADA FEREGRINO induced and procured A.M. to falsely represent that A.M. was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6), and Section 2.

## Forfeiture Provision

Upon conviction of the offense alleged in Count One of the indictment, the defendant, STEVEN ESTRADA FEREGRINO, shall forfeit to the United States of America, pursuant to (i) Title 18, United States code, Section 981(a)(1)(C) and Title 18, United States Code, Section 2461(c), any and all property that constitutes or is derived from proceeds obtained directly or indirectly as a result of the offense, and (ii) Title 19, United States Code, Section 1595a(d)(1), any and all merchandise exported or attempted to be exported contrary to law.

The property to be forfeited includes, but is not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Indictment.

Upon conviction of Count Two of this Indictment, the defendant STEVEN ESTRADA FEREGRINO shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition used or involved in the commission of the offense.

If, as a result of any act or omission of a defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A _____ BILL

FOREPERSON

THEODORE S. HERTZBERG
 *United States Attorney*

*Noah R. Schechtman*

NOAH R. SCHECHTMAN
 *Assistant United States Attorney*
Georgia Bar No. 937828

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181